# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KARI BONALLO and IAN BONALLO,

    Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company,

    Defendant.

NO. 2:16-cv-00900-RSM

STIPULATED MOTION AND ORDER TO BIFURCATE CLAIMS AND STAY DISCOVERY

## **STIPULATION**

Pursuant to LCR 10(g), plaintiffs Kari Bonallo and Ian Bonallo and defendant State Farm Mutual Automobile Insurance Company ("State Farm") hereby stipulate and jointly request this Court order that plaintiffs' extra-contractual claims against State Farm alleging bad faith, violation of the Consumer Protection Act (CPA), breach of fiduciary duty, and violation of the Insurance Fair Conduct Act (IFCA) be bifurcated apart from, and tried after, plaintiffs' claims against State Farm for UIM benefits under plaintiff's insurance policy with State Farm. The parties further stipulate and request that discovery on the extra-contractual claims should be stayed until after the UIM claims are resolved.

STIPULATED MOTION AND ORDER TO BIFURCATE CLAIMS
AND STAY DISCOVERY – 1
[CASE NO. 2:16-CV-00900-RSM]

067826.000027   Bonallo   16-900.ord-Bifurcate   &   Stay Discovery.docx

REED MCCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1  Such bifurcation and stay of discovery is necessary to promote convenience and judicial
2  economy and avoid prejudice to State Farm. Determining the amount of accident related
3  damages in the first phase of discovery and trial will allow for a prompt and fair resolution and
4  could eliminate issues for the second phase of discovery and trial. Moreover, trying the extra-
5  contractual claims and the claims for policy benefits at the same time would be impractical and
6  confusing for the jury and prejudicial to State Farm. During the jury's consideration of the
7  plaintiffs' bodily injury claim, it would be improper for the jury to hear evidence of how others,
8  such as State Farm employees, valued the plaintiffs' claims for benefits. Further, discovery that
9  could be relevant to plaintiffs' extra-contractual claims, such as how State Farm handled the
10 plaintiffs' UIM claim, is irrelevant to determining the proper amount of accident related
11 damages and would reveal privileged communications and protected work product with respect
12 to that claim. The proposed bifurcation and stay of discovery would eliminate these
13 unnecessary and inefficient complications.

14  Respectfully submitted this _____ day of July, 2016.

_____       _____

Michael S. Rogers, WSBA 16423           Angela Wong, WSBA 28111
Attorney for Defendant                  Attorney for Plaintiffs
1215 Fourth Avenue, Suite 1700          936 N 34th Street, Suite 300
Seattle, WA 98161-1087                  Seattle, WA 98103
206-292-4900                            206-788-3000

## ORDER

Based upon the foregoing stipulated motion of the parties:

STIPULATED MOTION AND ORDER TO BIFURCATE CLAIMS
AND STAY DISCOVERY – 2
[CASE NO. 2:16-CV-00900-RSM]

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

067826.000027   Bonallo   16-900.ord-Bifurcate & Stay Discovery.docx

IT IS HEREBY ORDERED that plaintiffs' extra-contractual claims shall be tried separately from, and after, the trial on plaintiff's claim for UIM policy benefits.

IT IS FURTHER ORDERED that discovery on plaintiffs' extra-contractual claims is stayed until after trial on plaintiff's claim for UIM policy benefits is resolved.

DATED this 5th day of August 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

REED McCLURE

By_____
    Michael S. Rogers, WSBA 16423
    Attorney for Defendant

Approved as to form, notice
of presentation waived:

WONG BAUMAN LAW FIRM, PLLC

By_____
    Angela Wong, WSBA 28111
    Attorney for Plaintiff

STIPULATED MOTION AND ORDER TO BIFURCATE CLAIMS
AND STAY DISCOVERY – 3
[CASE NO. 2:16-CV-00900-RSM]

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

067826.000027    Bonallo    16-900.ord-Bifurcate & Stay Discovery.docx