# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KARI BONALLO and IAN BONALLO,

    Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurance company,

    Defendant.

NO. C16-900 RSM

STIPULATED MOTION AND ORDER FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that plaintiffs' complaint shall be dismissed with prejudice and without fees or costs awarded to either party.

DATED this 31st day of May, 2017.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax

STIPULATED MOTION AND ORDER FOR DISMISSAL – 1

067826.000027 Bonallo 16-900.ord-dsm.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

By *s/Angela Wong [digitally signed]*
Angela Wong, WSBA 28111
WONG BAUMAN LAW FIRM, PLLC
Attorney for Plaintiff
936 North 34th St., Ste. 300
Seattle WA 98103
206.788.3000 – Phone
206.788.3001 – Fax

IT IS SO ORDERED this 1st day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR DISMISSAL – 2

067826.000027 Bonallo 16-900.ord-dsm.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152